**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NATASHA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 22cv111 |
| | ) | The Honorable Sheila Finnegan |
| RESIDENT SALON SERVICES, INC., | ) | |
| a Foreign Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS**
**COUNT II OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

NOW COMES the Defendant, RESIDENT SALON SERVICES, INC. ("Defendant"), by its attorneys, Stuart P. Krauskopf, Jamie S. Ritchie and Audrey J. McCarthy, and for its Motion to Dismiss Count II of Plaintiff's First Amended Complaint, states and alleges as follows:

1. Plaintiff, Natasha Thomas, was employed by Defendant until September 2020.

2. In her Complaint, she asserts claims against Defendant for discrimination under Title VII (Count I), violation of the Lily Ledbetter Fair Pay Act (Count II), and violation of the Illinois Human Rights Act (Count III).

3. Plaintiff fails to state a cognizable claim for gender-based pay discrimination.

4. Contemporaneous with this motion, Defendant submits a Memorandum of Law in Support of its motion.

WHEREFORE, Defendant, Resident Salon Services, Inc., respectfully requests the dismissal of Count II of Plaintiff's First Amended Complaint, with prejudice, and for such other and further relief as this Court deems equitable and just.

Dated:  July 26, 2022	Respectfully submitted,

		RESIDENT SALON SERVICES, INC.


	By:  s/ Jamie S. Ritchie
		       One of Its Attorneys




Stuart P. Krauskopf, Esq. (ARDC # 6190716)
Jamie S. Ritchie, Esq. (ARDC # 6243842)
Audrey J. McCarthy, Esq. (ARDC # 6269762)
Krauskopf Kauffman, P.C.
414 North Orleans Street
Suite 210
Chicago, IL 60654
(312) 377-9592
stu@stuklaw.com
jamie@stuklaw.com
amccarthy@stuklaw.com