## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Natasha Thomas

                        Plaintiff,

v.                                                        Case No.: 1:22–cv–00111
                                                          Honorable Sheila M. Finnegan

Resident Salon Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 27, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: Telephone status hearing held on 9/27/2022 and continued to 11/15/2022 at 9:15 a.m. Plaintiff's counsel did not dial in to hearing (due to other court hearings) but requested defense counsel to provide an update to the Court. According to defense counsel, Plaintiff filed her motion to voluntarily dismiss Count 2 of the Amended Complaint [31] in lieu of responding to Defendant's objections to her request to amend Count 2 (again), because Plaintiff has decided that it would be futile to amend, so will not be proceeding with that claim. In light of this, Plaintiff's motion to voluntarily dismiss Count 2 [31] is granted. Count 2 is dismissed. Defendant's motion to dismiss Counts II of Plaintiff's Amended Complaint [25] and motion to strike the affidavit that Plaintiff relied on in her opposition to the motion to dismiss [29] are denied as moot. The parties are to proceed with discovery as to the remaining claims. Fact discovery deadline is 12/23/2022. The toll–free number for the next hearing is 877–336–1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.